**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZHUOBIN HONG and CAIXIA JIANG,<br><br>　　　　　Defendants,<br><br>AND<br><br>ZHUOYAN HONG and HAOTAO JIANG,<br><br>　　　　　Relief Defendants. | Case No. 2:20-cv-04080-MCS-RAO<br><br>**JUDGMENT AS TO RELIEF DEFENDANTS ZHUOYAN HONG AND HAOTAO JIANG** |

Pursuant to the Court's Order Denying Plaintiff's Motion for Default Judgment, it is ordered, adjudged, and decreed that Plaintiff Securities and Exchange Commission's claim for unjust enrichment against Relief Defendants Zhuoyan Hong and Haotao Jiang is dismissed for lack of personal jurisdiction. Plaintiff shall take nothing from the action as it pertains to the Relief Defendants.

**IT IS SO ORDERED.**

Dated: July 1, 2022

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE